# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CRYSTAL WEST; ANTWANE SIMS; and )
DONNA PEEBLES, )
)
               Plaintiffs, )   Case No. 2:16-cv-00733-APG-GWF
)
vs. )   **ORDER**
)
BRAHMA GROUP, INC., )
)
               Defendants. )
_____ )

This matter is before the Court on Plaintiffs' Motion to Extend Time for Service of Process (ECF No. 9), filed on July 9, 2016.

Pursuant to Fed. R. Civ. P. 6(b), extensions of time may be granted for good cause shown. Further, Rule 4(m) of the Federal Rules of Civil Procedure — which governs the time limit of service — allows the court to grant an extension of time for service if the plaintiff can show good cause for the failure to timely serve a defendant. Here, the Court finds that Plaintiff has provided sufficient good cause to warrant the requested thirty (30) day extension. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Extend Time for Service of Process (ECF No. 9) is **granted**. Plaintiffs shall have until **July 31, 2016** to effectuate service on Defendant.

DATED this 12th day of July, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge