# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CRYSTAL WEST, *et al.*,

        Plaintiffs,

vs.

BRAHMA GROUP, INC.,

        Defendant.

Case No. 2:16-cv-00733-APG-GWF

**ORDER**

      This matter is before the Court on the Confidentiality Agreement and Stipulation for Entry of a Qualified Protective Order (ECF No. 32) filed March 22, 2017.  The proposed protective order states that the party challenging a confidential designation has the burden of proof to establish that the information or document is not entitled to such protection.  This places the burden on the wrong party.  Rather, the burden of proof shall be on the *designating party* to show that the information or document is entitled to such protection.  The parties are directed to submit a revised protective order with that clarification.  Accordingly,

      **IT IS HEREBY ORDERED** that the Confidentiality Agreement and Stipulation for Entry of a Qualified Protective Order (ECF No. 32) is **denied**, without prejudice.

      DATED this 23rd day of March, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge