# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CRYSTAL WEST; ANTWANE SIMS; and )
DONNA PEEBLES, )
                                    )
            Plaintiffs, )   Case No. 2:16-cv-00733-APG-GWF
                                    )
vs.                                 )   **ORDER**
                                    )
BRAHMA GROUP, INC.,                 )
                                    )
            Defendants.             )
_____ )

This matter is before the Court on the parties' Stipulated Motion to Discontinue Motion to Compel Hearing (ECF No. 43), filed on August 8, 2017. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that the parties' Stipulated Motion to Discontinue Motion to Compel Hearing (ECF No. 43) is **granted**. The motion hearing set for August 9, 2017 at 9:30 a.m. is hereby **VACATED**.

**IT IS FURTHER ORDERED** that in light of the parties' stipulation, Defendant's Motion to Compel (ECF No. 37) is hereby **VACATED** without prejudice. Defendant may renew its motion if it becomes necessary.

DATED this 8th day of August, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge